**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

KEVIN DEOFREDO PEREZ ORDONEZ,

Petitioner,

v.

CHRISTOPHER LAROSE, et al,

Respondents.

Case No.: 26-cv-4954-BJC-VET

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND DENYING TEMPORARY RESTRAINING ORDER AS MOOT [ECF NO. 2]**

On August 31, 2026, Petitioner filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 along with a Temporary Restraining Order ("TRO"). ECF Nos. 1, 2. Petitioner is a citizen of Honduras who entered the United States without inspection in 2013. He was detained, placed into removal proceedings, and subsequently released from custody. ECF No. 1 at 4. Following his release, Petitioner lived in the community for more than a decade. He has no criminal convictions in the United States or abroad. Petitioner's father, Alex Perez Gomez, is a United States citizen. Petitioner has begun pursuing consular processing for an immigrant visa on that basis. Petitioner's removal proceedings were administratively closed on January 23, 2017, and remain closed. No final order of removal has been entered against him.

On July 30, 2026, ICE apprehended Petitioner in San Diego, California near the United States border with Mexico after the truck he was driving was discovered with four individuals hidden in the back seat. ECF No. 5-1. Petitioner was arrested for alien smuggling by Border Patrol Agents. *Id.* He has been detained at the Otay Mesa Detention Center since that time.

Petitioner contends that his continued detention without a bond hearing violates the Fifth Amendment of the United States Constitution. He requests that this Court assume jurisdiction over the matter, grant the Petition and order his immediate release or, in the alternative, direct Respondents to schedule a bond hearing before an immigration judge. ECF No. 1.

On September 9, 2026, Respondents filed a Return to the Petition in which they "acknowledge[] that Petitioner is subject to detention under 8 U.S.C. § 1226(a)" pursuant to *Rodriguez Vazquez v. Bostock*, No. 25-6842, --- F.4th ---, 2026 WL 2196424 (9th Cir. July 30, 2026). ECF No. 5 at 1. Therefore, "Respondents do not oppose an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." *Id*. at 2.

Accordingly, the Court **GRANTS** the petition for a writ of habeas corpus. Respondents shall provide Petitioner with a constitutional adequate bond hearing **no later than September 25, 2026**. Petitioner's Motion for TRO is **DENIED** as moot. ECF No. 2. Respondents are enjoined from transferring Petitioner before a bond hearing takes place. The Clerk of Court shall close this matter.

**IT IS SO ORDERED**.

Dated: September 10, 2026

Honorable Benjamin J. Cheeks
United States District Judge